UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| FERNANDO BUSTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:13-cv-00120-JMS-WGH |
| | ) |
| Dr. PAUL HARVEY M.D., | ) |
| WILLIAM F. WILSON M.D., | ) |
| | ) |
| Defendants. | ) |

**Entry Denying Motion to Reconsider**

The plaintiff seeks reconsideration of the dismissal of the complaint in the Entry of April 25, 2013. The plaintiff disagrees with the Court's interpretation of the law and argues that the 18 defendants named in the complaint were properly joined. The plaintiff explains that he "has been targeted by the federal prison system for abusive treatment which connects each separate claim involving several prison guards named therein. Thus all claims are related in a general context." Dkt. 13 at p.2. The plaintiff's speculation that he has been targeted by the prison system is an insufficient basis upon which to join 42 separate claims against 18 defendants. *See Santiago v. Anderson,* 496 Fed. Appx. 630, 631, 2012 WL 3164293, *1 (7th Cir. 2012) (the plaintiff's "complaint joins defendants and claims related only by speculation of a grand conspiracy to harass him, and is the archetype of unwieldy prisoner litigation that should be met either by dismissing improperly joined defendants or carving the case into separate lawsuits." *Id.* (citing cases)). Accordingly, the plaintiff was given the opportunity to file a second amended complaint incorporating only properly related claims.

The plaintiff filed a second amended complaint on May 9, 2013. The Court screened that pleading pursuant to 28 U.S.C. § 1915A(b) and determined the second amended complaint should proceed as submitted. The second amended complaint presents a single cognizable claim against two defendants. Nothing in the court's Entry of April 25, 2013, prevents the plaintiff from pursuing additional claims in separate lawsuits.

The request for reconsideration [Dkt. No. 13] is **denied,** because the Court made a correct ruling in evaluating the plaintiff's complaint and no persuasive basis for reconsidering that ruling has been shown

**IT IS SO ORDERED.**

Date:  06/07/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

FERNANDO BUSTILLO
Reg. No. 02530-051
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808